**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ZAKARIYA ABDIKARIM,

                Petitioner,             Civil No. 26-1890 (JRT/LIB)

v.

JESSE PUGH, *in his official capacity as Warden of Moose Lake Detention Facility*;

TODD LYONS, *in his official capacity as Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Washington Field Office*;

PAM BONDI, *in her official capacity as Attorney General of the United States*;

MARKWAYNE MULLIN*, Secretary of Homeland Security*;  and

SARA RYYEKEN, *A/W Operations*;

                Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITIONS FOR WRIT OF HABEAS CORPUS**

ZAKARIYA ABDIWAHAB ABDIKARIM,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS                    Civil No. 26-2021 (JRT/LIB)
ENFORCEMENT;

MARKWAYNE MULLIN; and

PAM BONDI,

Respondents.

Zakariya Abdikarim, OID #242732, FMC-Moose Lake, 100 Lakeshore Drive, Moose Lake, MN 5576, *pro se* Petitioner.

David W. Fuller and Trevor Brown, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondents.

Based upon the Report and Recommendations by Magistrate Judge Leo I. Brisbois dated April 7, 2026 (Docket No. [5] in 26-cv-1890 and Docket No. [3] in 26-cv-2021), along with all the files and records herein, and because no timely objections to the Report and Recommendations have been filed, **IT IS HEREBY ORDERED** that:

1.      The Petition for a Writ of Habeas Corpus of Petitioner Zakariya Abdikarim in Case No. 26-1890 (Docket No. [1]) is **DENIED without prejudice**.

2.      Petitioner's Motion to Amend (Docket No. [3]) in Case No. 26-cv-1890 is **DENIED as moot**.

3.      Abdikarim's Petition for a Writ of Habeas Corpus filed in Case No. 26-cv-2021 (Docket No. [1]) is **DENIED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED:  May 19, 2026                              _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                        United States District Judge

-3-